964

No. 928. RUPE ET AL., TRUSTEES, ET AL. v. WALLACE ET AL. App. Ct. Ill., 1st Dist. Certiorari denied. *Claude A. Roth* for petitioners. *Robert A. Sprecher* for respondents.

No. 931. STATE CORPORATION COMMISSION OF KANSAS ET AL. v. BARTLETT & Co., GRAIN. C. A. 10th Cir. Certiorari denied. *Robert C. Londerholm,* Attorney General of Kansas, and *Byron M. Gray* for petitioners. *Charles B. Blackmar* and *Erle W. Francis* for respondent.

No. 936. BIRD ET AL. v. McCORD ET VIR. C. A. D. C. Cir. Certiorari denied. *Herbert P. Leeman* for petitioners.

No. 944. F. & W. CORP. v. LOKEY, TRUSTEE IN BANKRUPTCY. C. A. 5th Cir. Certiorari denied. *Alexander E. Wilson, Jr.,* for petitioner.

No. 945. STATES STEAMSHIP Co. v. AMERICAN SMELTING & REFINING Co. C. A. 9th Cir. Certiorari denied. *Graydon S. Staring* for petitioner. *William Garth Symmers* and *Frederick Fish* for respondent.

No. 1030. COVEY OIL Co. ET AL. v. CONTINENTAL OIL Co. ET AL. C. A. 10th Cir. Certiorari denied. *Richard L. Bird, Jr.,* and *John J. Hickey* for petitioners.

No. 99, Misc. CHASTAIN ET AL. v. VULCAN MATERIAL Co. ET AL. Sup. Ct. Tenn. Certiorari denied. *J. Hamilton Cunningham* for petitioners. *Herbert S. Thatcher* and *S. D. Fuston* for respondents.